# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT
# DALLAS DIVISION

| | |
|---|---|
| ARSALAN ASHRAF, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGY TRANSFER PARTNERS, L.P., ENERGY TRANSFER PARTNERS GP, L.P, ENERGY TRANSFER PARTNERS, L.L.C., ENERGY TRANSFER EQUITY, L.P., KELCY L. WARREN, TED COLLINS, JR., MICHAEL K. GRIMM, MARSHALL S. McCREA, JAMES R. PERRY, MATTHEW S. RAMSEY, and DAVID K. SKIDMORE,<br><br>Defendants. | Case No. 3:17-cv-00118-B |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action against Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

March 3, 2017

Respectfully submitted,

*/s/ Joe Kendall*
JOE KENDALL
Texas Bar No. 11260700
JAMIE J. MCKEY
Texas Bar No. 24045262
**KENDALL LAW GROUP, PLLC**
3232 McKinney, Suite 700
Dallas, Texas 75204
Telephone:   (214) 744-3000
Facsimile:   (214)744-3015
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

                LEVI & KORSINSKY LLP
                Shane T. Rowley
                srowley@zlk.com
                733 Summer Street, Suite 304
                Stamford, CT 06901
                Tel: (212) 363-7500
                Fax: (212) 363-7171

                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion was served on all counsel of record on March 3, 2017 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

                /s/ *Jamie McKey*
                JAMIE MCKEY